IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH TWAROG, et al.,           ) | |
|                                                        ) | |
|       Plaintiff,          ) | |
|                                                        ) | |
| v.                                                  ) | CIVIL ACTION NO. 2:05CV811-MHT |
|                                                        ) | [WO] |
| DONAL CAMPBELL,               ) | |
|                                                        ) | |
|       Defendants.     ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Plaintiffs' Motion to Amend Response To Motion to Dismiss, filed on 17 March 2006 (Doc. # 17), is GRANTED.

DONE this 15th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE