IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH TWAROG, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05CV811-MHT |
| | ) | [WO] |
| DONAL CAMPBELL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Plaintiffs' Motion to Amend Plaintiffs' Response, filed on 7 March 2006 (Doc. # 16), is GRANTED.

DONE this 15th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE