IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOSEPH TWAROG, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05CV811-MHT |
| ) | [WO] |
| DONAL CAMPBELL, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Plaintiffs' Motion to Amend Motion to Dismiss Joseph Twarog, filed on 7 March 2006 (Doc. # 15), is GRANTED.

DONE this 15th day of March 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE