IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH TWAROG, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05cv811-MHT |
| | ) | |
| DONAL CAMPBELL, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On 15 March 2006, the Magistrate Judge filed a Recommendation (Doc. #18) in this case to which no timely objections have been filed.  After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation of the Magistrate Judge (Doc. #18) is ADOPTED.

2. The motions to dismiss  (Doc. #7 & #10) are granted.

3. Joseph R. Twarog is DISMISSED as a plaintiff in this action.

Done this the 6th day of April, 2006.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE