IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL J. MONORE, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv811-MHT |
| | ) |
| DONAL CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 8, 2006, the Magistrate Judge filed a Recommendation (Doc. # 30) in this case to which no timely objections have been filed. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED and that the defendant's motion to dismiss (Doc. # 5) is DENIED.

DONE, this the 19th day of January, 2007.

       /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE