IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARL J. MONROE, et al.,      )
                             )
    Plaintiffs,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:05cv811-MHT
                             )            (WO)
RICHARD ALLEN, Commissioner, )
Department of Corrections,   )
                             )
    Defendant.                )
```

REVISED FINAL SUBMISSION ORDER

Pursuant to an on-the-record telephone conference that took place on April 24, 2009, it is ORDERED as follows:

(1) This lawsuit is reset for final submission, without oral argument, on October 23, 2009.

(2) The parties are allowed until July 17, 2009, to complete discovery and the depositions of all persons whose testimony will be made part of the evidentiary record.

(3) By August 31, 2009, the parties are jointly to develop and submit to the court a record of the evidence--depositions, stipulations, affidavits, etc.-- that they intend the court to rely upon.  The record should be sequentially numbered, that is, Bate-stamped, such that the parties and the court can quickly refer to the entire record by page number.

(4) The plaintiffs are to file their brief by September 18, 2009.

(5) The defendant is to file his brief by October 9, 2009.

(6) The plaintiffs may file a reply brief by October 23, 2009.

(7) When the parties refer to evidence in their briefs, they must cite the specific document and Bates-stamped page number where the evidence can be found in the evidentiary record. A brief which fails to comply with this requirement will be struck.

(8) In light of this agreed-upon disposition without a trial, the parties are no longer required to file dispositive motions, that is, summary judgment or dismissal motions.

DONE, this the 27th day of April, 2009.

                                       <u>/s/ Myron H. Thompson</u>
                                 **UNITED STATES DISTRICT JUDGE**