IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CARL J. MONROE, et al.,      )
                             )
    Plaintiffs,              )
                             )    CIVIL ACTION NO.
    v.                       )     2:05cv811-MHT
                             )         (WO)
RICHARD ALLEN, Commissioner, )
Department of Corrections,   )
                             )
    Defendant.               )
```

**ORDER**

Because the circumstances appear to have changed during the lengthy time the parties were in settlement negotiations and thereafter; because it does not appear that much more, if any, additional discovery would be needed to adjudicate a RLUIPA claim; and because the parties will have adequate time to engage in full discovery of all claims in the proposed amended complaint, it is ORDERED that the plaintiffs' motion for leave to amend the complaint (doc. no. 112) is granted.

DONE, this the 27th day of April, 2009.

　　　　　　　　　　　　　　/s/ Myron H. Thompson　
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE