IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CARL MONROE, et al.,

    Plaintiffs,

v.

Civil Action No.
2:05-cv-811-MHT

RICHARD F. ALLEN,
Commissioner of the
Alabama Department of Corrections,

    Defendant.

## MOTION FOR A STATUS CONFERENCE

The plaintiffs, by counsel, hereby move this Court to schedule a status conference in this action. In support of this motion, the plaintiffs state the following:

1. The plaintiffs in this action are currently represented by Allison E. Neal, Esq., Legal Director of the American Civil Liberties Union of Alabama ("ACLU-AL"); Edward M. Wayland, Esq., a private practitioner currently based in Montgomery, Alabama; and Kyla Groff Kelim, Esq., , a private practitioner currently based in Fairhope, Alabama. Mr. Wayland and Ms. Kelim are acting as Cooperating Attorneys with the American Civil Liberties Union of Alabama Foundation.

2. Ms. Neal is scheduled to leave the staff of the ACLU-AL on May 18, 2012. She expects to be moving to El Paso, Texas.

3. Mr. Wayland is currently planning to move to Charlottesville, Virginia some time during the summer. There are circumstances that could cause this plan to change, but this is Mr. Wayland's plan at the present time.

4. Ms. Kelim has recently moved to Baldwin County and opened her own law office. The office is known as Aging in Alabama and focuses on the legal needs of elderly citizens of Alabama. She is extremely busy with her new employment, and she will have great difficulty devoting the time to this matter that may be required without the assistance of other counsel. .

5. Because of these circumstances, Ms. Neal and Mr. Wayland are faced with the likelihood that the interests of their clients would be best served if they found other counsel to enter the case on behalf of the plaintiffs and then sought leave from this Court to withdraw as counsel Ms. Kelim is willing to remain in the case and assist as she can, but she will have great difficulty devoting the time to this matter that may be required and will need the assistance of other counsel.

6. To appropriately recruit new counsel for plaintiffs, it is important that present counsel be able to inform prospects of the present status of the case and of likely proceedings in the future.

7. It would, therefore, be helpful to counsel for the plaintiffs in this process to discuss the status of the case with counsel for the defendant and with the Court.

WHEREFORE, the premises considered, the plaintiffs, by counsel, hereby move this Court to schedule a status conference at which the status of this action can be discussed.

                RESPECTFULLY SUBMITTED:

                s/ Edward M. Wayland
                Edward M. Wayland, Esq. (WAY004)
                Cooperating Attorney with the
                American Civil Liberties Union of Alabama Foundation

2800 Zelda Road, Suite 100-5
Montgomery, AL   36106
(334) 409-9688
(334) 460-8760 (fax)
edwayland@yahoo.com

Allison E. Neal (NEA008)
American Civil Liberties Union of Alabama Foundation
207 Montgomery Street, Suite 910
Montgomery, AL  36104
(334) 265-2754
(334) 269-5666 (fax)
anaclual@bellsouth.net

Kyla Groff Kelim, Esq. (GRO014)
Cooperating Attorney with the
American Civil Liberties Union of Alabama Foundation
Aging in Alabama
P.O. Box 109
Fairhope, AL. 36533
(251) 281-8120
attorney@elderconsults.com

Counsel for Plaintiffs


CERTIFICATION

I hereby certify that on May 18, 2012, I filed a true copy of the foregoing Motion for a Status Conference with the Court using the CM/ECF electronic filing system, which will automatically forward a copy to counsel for the Defendant.


s/ Edward M. Wayland
Edward M. Wayland

3