IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARL J. MONROE, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv811-MHT |
| ) | (WO) |
| RICHARD F. ALLEN, ) | |
| Commissioner of the Alabama ) | |
| Department of Corrections, ) | |
| ) | |
| Defendant. ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motions to dismiss (doc. nos. 156 and 160) are granted.

(2) Plaintiffs Carl J. Monroe, Terry Lee Presley, and John Ward and their claims are dismissed and they are terminated as parties.

This case remains open.

DONE, this the 1st day of June, 2020.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE