IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| JOSEPH BARTON DUDLEY, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:05cv811-MHT (WO) |
| RICHARD F. ALLEN, Commissioner of the Alabama Department of Corrections, | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

It is the ORDERED that the motion to substitute (doc. no. 156) is granted and that Jefferson S. Dunn is substituted as the defendant.

DONE, this the 1st day of June, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE